AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware ☒

| | |
|---|---|
| MICHAEL GALLAGHER, LLC | ) |
| *Plaintiff* | ) 2:15-mc-104 |
| v. | ) Civil Action No. 1:13-cv-01177-GMS |
| TWO RAM CREW, LLC et al. | ) |
| *Defendant* | ) |

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  10/15/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

MAR 18 2015

Date: ~~03/02/2015~~

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

Case 2:15-mc-00104-UA   Document 1   Filed 03/27/15   Page 2 of 3   Page ID #:2
Case 1:13-cv-01177-GMS   Document 20   Filed 10/15/14   Page 1 of 2 PageID #: 108
Case 1:13-cv-01177-GMS   Document 19   Filed 10/15/14   Page 1 of 2 PageID #: 106

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL GALLAGHER, LLC, a Florida limited liability company, | : |
| Plaintiff, | : C.A. No. 1:13-cv-01177-GMS |
| v. | : |
| TWO RAM CREW, LLC, a Delaware limited liability company, LEGENDARY ENTERTAINMENT ALLIANCE, LLC, a California limited liability company, and HOUSTON CURTIS, a California resident, | : |
| Defendants. | : |

## [PROPOSED] JUDGMENT BY DEFAULT AGAINST DEFENDANTS TWO RAM CREW, LLC AND HOUSTON CURTIS

Upon the application of Plaintiff, Michael Gallagher, LLC, including the Complaint and affidavits filed in support of entry of judgment by default, it is hereby ORDERED THAT:

(A) Judgment by Default pursuant to Fed. R. Civ. P. 55 is entered in favor of Plaintiff, Michael Gallagher, LLC and against Defendants, TWO RAM CREW, LLC and HOUSTON CURTIS, jointly and severally, as follows:

| | |
|---|---|
| Principal: | $300,000.00 |
| Interest (11/13 – 12/26/12): | 723.26 |
| Default Interest (from 12/27/13 to 5/15/14): | 518,653.28 |
| Exit Fee: | 60,000.00 |
| Attorneys' Fees/Costs of collection (as authorized by Promissory Note): | $ 40,000.00 |
| **TOTAL:** | **$919,376.54** |

01:16139409.1

Case 2:15-mc-00104-UA   Document 1   Filed 03/27/15   Page 3 of 3   Page ID #:3
Case 1:13-cv-01177-GMS   Document 20   Filed 10/15/14   Page 2 of 2 PageID #: 109
Case 1:13-cv-01177-GMS   Document 19   Filed 10/15/14   Page 2 of 2 PageID #: 107

together with per diem interest of $790.63 from 10/15/14 until the date of entry of judgment and at the legal rate commencing on the date after the entry of judgment and costs and additional attorneys' fees that may be incurred in the collection of this judgment.

**IT IS SO ORDERED** this ___15th___ day of October, 2014.

_____
Gregory M. Sleet, U.S.D.C.J.

CERTIFIED:   MAR 1 8 2015
AS A TRUE COPY:
            ATTEST:
JOHN A. CERINO, CLERK
BY _____
            Deputy Clerk

01:16139409.1                           2